## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| UNIFI SCIENTIFIC BATTERIES, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:12-cv-221-LED-JDL |
| | ) |
| v. | ) |
| | ) |
| HTC CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Unifi Scientific Batteries, LLC ("USB") and Defendants HTC Corporation, HTC B.V.I., and HTC America, Inc. (collectively "HTC" or "Defendants") stipulate and agree pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that Plaintiff's claims against Defendants in the above-captioned matter be dismissed with prejudice, subject to the May 5, 2014 Patent License and Settlement Agreement between Plaintiff and Defendants, and Defendants' counterclaims against Plaintiff in the above-captioned matter be dismissed without prejudice, with each party bearing its own attorney's fees, costs, and other expenses. All claims and counterclaims between Plaintiff and any other party remain. The parties agree that this dismissal is subject to the May 5, 2014 Patent License and Settlement Agreement between Plaintiff and Defendants.

Dated: June 13, 2014                                    Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**                            **PATTERSON & SHERIDAN, LLP**

/s/ Michael P. Kella                                    /s/ Jerry R. Selinger (*with permission*)
Anthony G. Simon                                        Jerry R. Selinger
asimon@simonlawpc.com                                   Texas Bar No. 18008250
Michael P. Kella                                        jselinger@pattersonsheridan.com
mkella@simonlawpc.com                                   Susan E. Powley
Benjamin R. Askew                                       Texas Bar No. 00784785
baskew@simonlawpc.com                                   spowley@pattersonsheridan.com
Timothy D. Krieger                                      1700 Pacific Ave., Suite 2650

tkrieger@simonlawpc.com
Stephanie H. To
sto@simonlawpc.com
800 Market Street, Suite 1700
St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029

Timothy E. Grochocinski
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, IL  60462
P. 708-675-1974
F. 708-675-1786
teg@innovalaw.com

Craig Tadlock
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, TX  75093
P. 903-730-6789
craig@tadlocklawfirm.com

***ATTORNEYS FOR PLAINTIFF***
***UNIFI SCIENTIFIC BATTERIES, LLC***

Dallas, Texas 75201
Telephone: (214) 272-0958
Facsimile: (214) 296-0246

***ATTORNEYS FOR DEFENDANTS HTC CORPORATION, HTC AMERICA, INC. AND HTC (B.V.I.) CORP.***

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on June 13, 2014 via the Court's CM/ECF system.

/s/ Michael P. Kella