**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNIFI SCIENTIFIC BATTERIES, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:12-cv-221-LED-JDL |
| | ) |
| v. | ) |
| | ) |
| HTC CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

**JOINT MOTION FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF UNIFI SCIENTIFIC BATTERIES, LLC AND DEFENDANT TEXAS INSTRUMENTS INCORPORATED**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Unifi Scientific Batteries, LLC and Defendant Texas Instruments Incorporated (collectively, "the parties"), that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby dismiss without prejudice all claims and counterclaims between the parties to this stipulation, with each party bearing their own attorneys' fees, costs, and other and expenses. All claims and counterclaims between Plaintiff and any other parties remain.

Dated: June 13, 2014                                        Respectfully submitted,

**THE SIMON LAW FIRM, P.C.**                **THE ROTH LAW FIRM, P.C.**

/s/ Michael P. Kella                                          /s/ Amanda A. Abraham (*with permission*)
Anthony G. Simon                                           Carl R. Roth
asimon@simonlawpc.com                               cr@rothfirm.com
Michael P. Kella                                               Brendan C. Roth
mkella@simonlawpc.com                                br@rothfirm.com
Benjamin R. Askew                                         Amanda A. Abraham
baskew@simonlawpc.com                              aa@rothfirm.com
Timothy D. Krieger                                          115 N. Wellington, Suite 200
tkrieger@simonlawpc.com                              Marshall, Texas 75670
Stephanie H. To                                               Phone: (903) 935-1665
sto@simonlawpc.com                                      Fax: (903) 935-1797
800 Market Street, Suite 1700

1

<div style="display: flex;">
<div>

St. Louis, MO 63101
Phone: (314) 241-2929
Fax: (314) 241-2029

Timothy E. Grochocinski
INNOVALAW, P.C.
1900 Ravinia Place
Orland Park, IL 60462
P. 708-675-1974
F. 708-675-1786
teg@innovalaw.com

Craig Tadlock
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360
Plano, TX 75093
P. 903-730-6789
craig@tadlocklawfirm.com

*ATTORNEYS FOR PLAINTIFF*
*UNIFI SCIENTIFIC BATTERIES, LLC*

</div>
<div>

*ATTORNEYS FOR DEFENDANT TEXAS*
*INSTRUMENTS INCORPORATED*

</div>
</div>

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing was served on all parties of record on June 13, 2014 via the Court's CM/ECF system.

/s/ Michael P. Kella