**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNIFI SCIENTIFIC BATTERIES, LLC, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:12-cv-221-LED-JDL |
| | ) |
| v. | ) |
| | ) |
| HTC CORPORATION, et al. | ) |
| | ) |
| Defendants. | ) |

**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITHOUT
PREJUDICE OF ALL CLAIMS BETWEEN PLAINTIFF UNIFI SCIENTIFIC
BATTERIES, LLC AND DEFENDANT TEXAS INSTRUMENTS INCORPORATED**

IT IS HEREBY ORDERED that Plaintiff Unifi Scientific Batteries, LLC's and Defendant Texas Instruments Incorporated's (collectively, "the parties") Joint Motion for Dismissal Without Prejudice of All Claims Between Plaintiff Unifi Scientific Batteries, LLC and Defendant Texas Instruments Incorporated is **GRANTED**. Each party shall bear its own attorneys' fees, costs, and other expenses. All claims and counterclaims between Plaintiff and any other parties remain.

**So ORDERED and SIGNED this 17th day of June, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**