**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| UNIFI SCIENTIFIC BATTERIES, LLC, § <br> Plaintiff, § <br> § <br> vs. § <br> § <br> HTC CORPORATION, et al., § <br> Defendants. § | Case No. 6:12cv221 LED-JDL |

## FINAL JUDGMENT

Pursuant to the Orders granting the parties' joint motions to dismiss (Doc. Nos. 103 and 104), the Court hereby enters Final Judgment. Plaintiff Unifi Scientific Batteries, LLC filed suit against Defendants HTC Corporation, HTC B.V.I., HTC America, Inc., and Texas Instruments Incorporated on March 30, 2012. Since that time, all Defendants have been dismissed.

It is therefore **ORDERED**, **ADJUDGED** and **DECREED** that the parties take nothing and that all pending motions are **DENIED AS MOOT**. All costs are to be borne by the party that incurred them.

It is further **ORDERED**, **ADJUDGED** and **DECREED** that all claims, counterclaims, and third-party claims in the instant suit be **DISMISSED** in their entirety.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 17th day of June, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**